UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO MIRELES GUTIERREZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No.: 3:26-cv-4080-CAB-SBC<br>**ORDER:**<br>**(1) RELEASING PETITIONER; and**<br>**(2) VACATING HEARING.** |

Pending before the Court is Petitioner Marco Antonio Mireles Gutierrez's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 8 ("Petition").] Respondents have filed an amended response to the Petition that they "do[] not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the government's discretion." [Doc. No. 14.]

The Court **ORDERS** Respondents to immediately release Petitioner and to return his belongings at the time of his release. The Court **VACATES** the hearing set for October 27, 2026. The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: October 26, 2026

Hon. Cathy Ann Bencivengo
United States District Judge